IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE LOVESAC CORPORATION, et al., | : | Case No. 06-10080 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| | : | |

**DESIGNATION OF RECORD BY APPELLEE**
**THE LOVESAC LIQUIDATING TRUST**

Appellee The LoveSac Liquidating Trust, pursuant to Bankruptcy Rule 8006 designates the following additional items to be included in the record on appeal from the Order (1) Granting Fees and Expenses Requested in Final Fee Applications, and (2) Granting in Part and Denying in Part Response of SAC Acquisition to Request for Payment of Professional Fees and Expenses (Docket no. 739).

1. Transcript of court proceedings dated July 26, 2006 relating to (a) Motion to Sell Debtor's Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (b) Confirmation of the Joint Amended Chapter 11 Plan of Liquidation filed by the Debtors and the Official Committee of Unsecured Creditors (the "July 26 Hearing")(to be transcribed).

2. All documents introduced as exhibits at the July Hearing, including, but not limited to, Exhibits S-1, P-9 and G-2.

3. All documents introduced as exhibits at the final fee hearing before the court held on November 15, 2006.

4. The final version of the Asset Purchase Agreement between the Debtors and SAC Acquisition, LLC.

PHIL1 712307-1

Dated: December 28, 2006                    KLEHR, HARRISON, HARVEY,
                                            BRANZBURG & ELLERS, LLP


                                            By:  /s/ Richard M. Beck
                                                 Joanne B. Wills (#2357)
                                                 Richard M. Beck (#3370)
                                                 Christopher A. Ward (#3877)
                                                 919 Market Street, Suite 1000
                                                 Wilmington, Delaware 19801
                                                 (302) 426-1189 (telephone)
                                                 (302) 426-9193 (fax)
                                                 jwills@klehr.com (e-mail)
                                                 rbeck@klehr.com
                                                 cward@klehr.com
                                                 *Counsel to the LoveSac Liquidating Trust*