# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:   LoveSac Corporation | ) | |
| | ) | |
| SAC Acquisition LLC, | ) | |
| | ) | |
| Appellant, | ) | C.A. No. 07-19 |
| | ) | |
| v. | ) | |
| | ) | |
| LoveSac Liquidating Trust, | ) | |
| | ) | Bankr. Case No. 06-10080 |
| Appellee. | ) | AP 06-79 |

## AGREEMENT AND REQUEST TO DISMISS
## APPEAL PURSUANT TO FED. R. BANKR. P. 8001(c)(2)

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the undersigned parties hereby agree to dismiss the above-captioned appeal, with prejudice, and respectfully request that the Court enter the proposed order, attached hereto as Exhibit A dismissing the appeal. The parties further agree that each of the parties shall bear its own costs and attorneys' fees incurred in this appeal.

[The remainder of this page was intentionally left blank.]

1507875

Dated:  January ___, 2007

MORRIS JAMES LLP

_____
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750

      -and-

Robert G. Sanker, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone:  (513) 579-6400
Facsimile:  (515) 579-6457

Attorneys for SAC Acquisition LLC

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

_____
Joanne B. Wills (DE Bar No. 2357)
Richard M. Beck (DE Bar No. 3370)
Christopher A. Ward (DE Bar No. 3877)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone:  (302) 426-1189
Facsimile:  (302) 426-9193

Attorneys for the LoveSac Liquidating
Trust

2

1507875

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  LoveSac Corporation | ) | |
| | ) | |
| SAC Acquisition LLC, | ) | |
| | ) | |
| Appellant, | ) | C.A. No. 07-19 (UNA) |
| | ) | |
| v. | ) | |
| | ) | |
| LoveSac Liquidating Trust, | ) | Bankr. Case No. 06-10080 |
| | ) | AP 06-79 |
| Appellee. | ) | |

### ORDER DISMISSING APPEAL

Having considered the Agreement and Request to Dismiss Appeal Pursuant to Fed.

R. Bankr. P. 8001(c)(2) filed in the above-captioned matter, it is hereby:

ORDERED that this appeal is dismissed, with prejudice.

_____, 2007                    _____

                                         Clerk of the United States District Court
                                         For the District of Delaware

1507875

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:   LoveSac Corporation | ) | |
| | ) | |
| SAC Acquisition LLC, | ) | |
| | ) | |
| Appellant, | ) | C.A. No. 07-19 |
| | ) | |
| v. | ) | |
| | ) | |
| LoveSac Liquidating Trust, | ) | |
| | ) | Bankr. Case No. 06-10080 |
| Appellee. | ) | AP 06-79 |

**AFFIDAVIT OF WILLIAM WELLER, PARALEGAL**

STATE OF DELAWARE          :
                                            :  SS:
NEW CASTLE COUNTY       :

    I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made.  I certify further that on January 16, 2007, I caused to be served:

**AGREEMENT AND REQUEST TO DISMISS**
**APPEAL PURSUANT TO FED. R. BANKR. P. 8001(c)(2)**

    Service was completed upon parties on the attached list in the manner indicated thereon.

Date: January 16, 2007

                                   _____
                                   William Weller

SWORN AND SUBSCRIBED before me this 16th day of January, 2007

                                   _____
                                   NOTARY
                                   My commission expires: 12/11/08

**S. STACI HUDSON**
**Notary Public - State of Delaware**
**My Comm. Expires Dec. 11, 2008**

**<u>VIA HAND DELIVERY</u>**
Joanne B. Wills, Esq.
Richard M. Beck, Esq.
Christopher A. Ward, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
[Counsel to the LoveSac Liquidating Trust]