# Morris James LLP

January 16, 2007

Carl N. Kunz, III<br>302.888.6811<br>ckunz@morrisjames.com

**VIA HAND DELIVERY**
U.S. District Court for the District of Delaware
Peter T. Dalleo
Clerk of Court
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

   Re: *In re SAC Acquisition, LLC v. LoveSac Liquidating Trust;*
      *C.A. No. 07-19*

Dear Mr. Dalleo:

  I represent Sac Acquisition LLC, the appellant in the above-captioned appeal. This afternoon, we filed a stipulated agreement with the Appellee agreeing to dismiss the appeal, with prejudice.

  While the parties have agreed to a dismissal with prejudice, pursuant to Fed. R. Bankr. Pro. 8001(c)(2), the order officially dismissing the appeal can be entered by the Clerk of the Court. We are requesting, on behalf of both parties to the appeal, that the Clerk enter the dismissal order as soon as possible.

  The appeal is being dismissed as part of a stipulated settlement reached in the Bankruptcy Court between various parties, including the parties to the appeal. The settlement in the Bankruptcy Court will not be final, and the Bankruptcy Court will not sign the order approving the settlement, unless and until the appeal is dismissed. Thus, we respectfully request that the Clerk of the Court expedite entry of the Order dismissing the appeal so that the Bankruptcy Court can enter the order approving the settlement. The Bankruptcy Court, The Honorable Christopher S. Sontchi, is awaiting word from my office that the appeal has been officially dismissed prior to entering the approval order.

  Thank you for your kind consideration of our request.

                Respectfully,

                Carl N. Kunz, III

CNK/cxl

cc: Richard M. Beck, Esq.
   Robert G. Sanker, Esq.

1507960 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494   T 302.888.6800   F 302.571.1750
Mailing Address   P.O. Box 2306 | Wilmington, DE 19899-2306   www.morrisjames.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:   LoveSac Corporation | ) | |
| | ) | |
| SAC Acquisition LLC, | ) | |
| | ) | |
| Appellant, | ) | C.A. No. 07-19 |
| | ) | |
| v. | ) | |
| | ) | |
| LoveSac Liquidating Trust, | ) | |
| | ) | Bankr. Case No. 06-10080 |
| Appellee. | ) | AP 06-79 |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                                         : SS:
NEW CASTLE COUNTY  :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 17, 2007, I caused to be served:

**LETTER TO THE COURT
[REGARDING FILING OF
AGREEMENT AND REQUEST TO DISMISS
APPEAL PURSUANT TO FED. R. BANKR. P. 8001(c)(2)]**

Service was completed upon parties on the attached list in the manner indicated thereon.

Date: January 17, 2007

_____
William Weller

SWORN AND SUBSCRIBED before me this 17th day of January, 2007

_____
NOTARY
My commission expires:_____

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My Comm. Expires Dec. 1, 2008

WWW/111968-0001/1507946/1 1/16/2007

**VIA HAND DELIVERY**
Joanne B. Wills, Esq.
Richard M. Beck, Esq.
Christopher A. Ward, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
[Counsel to the LoveSac Liquidating Trust]